IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DESIGNLINE CORPORATION, | ) | Case No. 13-_____ (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-1263294 | ) | |
| | ) | |
| DESIGNLINE USA LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 13-_____ (____) |
| | ) | |
| Tax I.D. No. 80-0163957 | ) | |

**MOTION OF THE DEBTORS FOR AN ORDER DIRECTING JOINT
ADMINISTRATION OF RELATED CHAPTER 11 CASES**

The above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") move (the "Motion") the Court pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for the entry of an order directing the joint administration of the Debtors' chapter 11 cases and the consolidation of the cases for procedural purposes only. In support of the Motion, the Debtors state the following:

**JURISDICTION**

1. The Court has jurisdiction over this matter pursuant to 28 USC §§ 157 and 1334. This is a core proceeding pursuant to 28 USC § 157(b)(2). Venue is proper in this Court pursuant to 28 USC §§ 1408 and 1409. The statutory and legal predicates for the relief sought are Bankruptcy Rule 1015(b) and Local Rule 1015-1.

RLF1 9119360v.2

## BACKGROUND

2. On August 15, 2013 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

3. The Debtors continue to manage their property and operate their businesses as debtors in possession.

4. DesignLine Corporation is a Delaware corporation. DesignLine Corporation is the sole member and parent of DesignLine USA LLC, a Delaware limited liability company.

5. The debtor DesignLine USA LLC is a leading designer and manufacturer of electric, electric range extended, diesel and alternative fuel transit buses. The Debtors serve the private transportation industry and public transportation authorities in the United States, Canada, the Middle East and Asia.

## RELIEF REQUESTED

6. By this Motion, the Debtors seek the entry of an order, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing the joint administration of the Debtors' chapter 11 cases and the consolidation of the cases for procedural purposes only.

7. The Debtors also request that the Clerk of the Court maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket of DesignLine Corporation.

8. The Debtors further request that the caption of these chapter 11 cases be modified as follows to reflect their joint administration:

RLF1 9119360v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DESIGNLINE CORPORATION,[1] | ) | Case No. 13-_____ (____) |
| | ) | |
| Debtor. | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are DesignLine Corporation (3294) and DesignLine USA LLC (3957). The above-captioned Debtors' mailing address is 2309 Nevada Boulevard, Charlotte, NC 28273.

The footnote 1 reference in the caption sets forth a complete listing of the Debtors' names as well as the last four digits of each Debtor's tax identification number.

9. In addition the Debtors seek the Court's direction that a separate docket entry be made on the docket of DesignLine USA LLC, substantially as follows:

> An order has been entered in this case consolidating this case with the case of DesignLine Corporation, Case No. 13-_____ (____), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in the chapter 11 case of DesignLine Corporation, Case No. 13-_____ (____) should be consulted for all matters affecting this case.

10. The Debtors request that parties in interest be excused from including each of the Debtors' names, states of incorporation, tax identification numbers and case numbers in the captions of pleadings filed in these proceedings. Instead, for all pleadings, the Debtors request that parties interest be permitted and directed to use the above-referenced consolidated caption, indicating that the pleading relates to the jointly administered cases of "DesignLine Corporation et al."

3

## BASIS FOR RELIEF

11. Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor or affiliate, the "court may order a joint administration of the estates." Fed. R. Bankr. P. Rule 1015(b). Local Rule 1015-1 similarly provides for joint administration of the cases of a debtor and its affiliate. Del. Bankr. LR 1015-1. In this case DesignLine Corporation owns 100% of the membership interest in DesignLine USA LLC. The Debtors are therefore affiliates within the meaning of 11 USC § 101(2) and the Court has the authority to enter the requested relief.

12. The debtor DesignLine USA LLC is an operating entity. DesignLine Corporation, the parent corporation is the entity through which the Debtor has effected its capital raising activity. Consolidation is warranted and will ease the administrative burden on the Court and all parties in interest in these Chapter 11 cases.

13. Joint administration of these chapter 11 cases will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought is procedural and is not intended to affect substantive rights. Joint administration will significantly reduce the volume of paperwork, make administrative tasks less costly, streamline notices, minimize delay and simplify supervision by the Office of the United States Trustee.

14. The entry of joint administration orders is common in this District and elsewhere.

15. The relief requested is in the best interests of the Debtors, their estates and creditors.

RLF1 9119360v.2

## NOTICE

16.     Notice of this motion has been provided to: (i) the Office of the United States Trustee; (ii) the Debtors twenty (20) largest unsecured creditors on a consolidated basis; and (iii) counsel to the administrative agent for the Debtors' pre-petition lenders. The Debtors will serve the Motion and any order entered in respect of the Motion as required by Rule 9013-1(m) of the Local Rules. In light of the relief requested the Debtors do not believe that further notice is necessary.

## NO PRIOR REQUEST

17.     The Debtors have not previously sought the relief requested from this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an order, in substantially the form attached hereto as Exhibit A, (i) directing the joint administration of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, and (ii) granting such other and further relief as is just.

Dated: August 15, 2013
      Wilmington, Delaware

Respectfully submitted,

/s/ Michael J. Merchant
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Peter J. Haley
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, Massachusetts 02109
Telephone: (617) 573-4714
Facsimile: (617) 573-4750

*Proposed Attorneys to the Debtors and Debtors in Possession*

# EXHIBIT A

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DESIGNLINE CORPORATION, ) | Case No. 13-_____ (____) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 27-1263294 ) | |
| ) | |
| DESIGNLINE USA LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 13-_____ (____) |
| ) | |
| Tax I.D. No. 80-0163957 ) | |

**ORDER DIRECTING JOINT ADMINISTRATION
OF RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the Debtors for an order, under Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of their Chapter 11 Cases; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 13-_____ (____) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DESIGNLINE CORPORATION,[1] | ) | Case No. 13-_____ (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are DesignLine Corporation (3294) and DesignLine USA LLC (3957). The above-captioned Debtors' mailing address is 2309 Nevada Boulevard, Charlotte, NC 28273.

The footnote 1 reference in such caption shall set forth a complete listing of the Debtors' names and the last four digits of each Debtor's tax identification number.

4. The caption set forth above shall be deemed to satisfy any applicable requirements of Section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of DesignLine Corporation, Case No. 13-_____ (____).

6. A docket entry shall be made on the docket of DesignLine USA LLC's case, substantially as follows:

> "An order has been entered in this case consolidating this case with the case of DesignLine Corporation, Case No. 13-_____ (____), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in the chapter 11 case of DesignLine Corporation, Case No. 13-_____ (____) should be consulted for all matters affecting this case."

RLF1 9119360v.2

7. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Debtors' chapter 11 cases.

9. This Order shall take effect immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2013
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE