# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>DESIGNLINE CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 13-12089 (MFW)<br><br>Joint Administration Pending<br><br>**Re: D.I.** _20, 22_ |
| DESIGNLINE USA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 13-12090 (MFW)<br><br>Joint Administration Pending<br><br>**Re: D.I.** _____ |

**ORDER GRANTING MOTION OF CAMERON HARRIS FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 102(1) AND 105, FED. BANKR. R. 9006 AND D. DEL. LOCAL R. BANKR. P. 9006-1(e) SHORTENING NOTICE RELATING TO THE MOTION OF CAMERON HARRIS TO TRANSFER VENUE OF THESE CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten"),[1] of Cameron Harris, pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), requesting an order shortening notice to allow the *Motion of Cameron Harris to Transfer Venue of These Cases to the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division* (the "Motion") to be considered at the hearing scheduled for August 29, 2013, at 11:00 a.m. (ET); and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is **GRANTED**.

2. The Motion will be considered at the hearing scheduled for ~~August 29~~ Sept. 4, 2013, at ~~11:00~~ 9:30 a.m. (ET) (the "Hearing").

3. Objections, if any, to the Motion shall be ~~raised at~~ filed on or before ~~the Hearing~~ Sept. 3, 2013, at Noon (the "Objection Deadline").

4. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: Aug. 29, 2013
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

2